# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1685
_____

KARL W. LEO and FAY L. LEO,

    Appellants,

    v.

SHELLEY D. GREGORY,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.


December 6, 2023

PER CURIAM.

The Court dismisses this appeal because the order sought to be reviewed does not constitute a final judgment. *See* Fla. R. App. P. 9.110(*l*) ("Except as provided in rule 9.020(h), if a notice of appeal is filed before rendition of a final order, the appeal shall be subject to dismissal as premature."). The order disposes of the motions for final summary judgment but fails to enter a final judgment declaring the rights or obligations of the parties. *See* § 86.011, Fla. Stat. (2023) (stating that the circuit court may "declare rights, status, and other equitable or legal relations whether or not further relief is or could be claimed," and "[t]he court's declaration may be either affirmative or negative in form and effect and such declaration has the force and effect of a final judgment"). Dismissal is thus appropriate. *See Dockery v. Hood*, 889 So. 2d 221, 222 (Fla.

1st DCA 2004) (dismissing an order titled, "Final Declaratory Judgment," because it merely granted a motion for summary judgment and was nonfinal).

ROBERTS, KELSEY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Megan F. Fry of Clark Partington, Pensacola; Bailey Howard and Trevor A. Thompson of Clark Partington, Tallahassee, for Appellants.

No appearance for Appellee.